UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALLACE BOSTICK,

    Plaintiff,

v.                                                                        4:11cv489-WS

BONNIE PLANTS, INC.,

    Defendant.

## ORDER DENYING PLAINTIFF'S MOTION TO STRIKE

Before the court is the plaintiff's "Motion to Strike Certain Affirmative Defenses and Alternative Motion for Partial Judgment on the Pleadings. Doc. 12. The defendant has responded (doc. 15) in opposition to the motion.

The court having reviewed the motion, it is ORDERED:

The plaintiff's motion (doc. 12) to strike and partial judgment on the pleadings is DENIED.

DONE AND ORDERED this   14th   day of   March  , 2012.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE